# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

WOODY H. MEDLOCK. JR.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:10-00004

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Todd Campbell_
Signature of Judge

Todd J. Campbell
Name of Judge          Title of Judge

5/31/2013
Date